IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                              **CASE NO. 4:22-CR-00233 BSM**

**JESSIE GAMBLE**                                                        **DEFENDANT**

## ORDER

The United States is precluded from introducing evidence of Jessie Gamble's prior conviction because Gamble has stipulated that he has been convicted of a felony and that he is aware of the conviction [Doc. No. 29]. *See United States v. Richardson*, 40 F.4th 858, 866 (8th Cir. 2022) (if defendant stipulates to his prior felony conviction and knowledge of it, evidence of the name and nature of the conviction is kept out of the record). This does not preclude the United States from introducing evidence of the conviction if Gamble opens the door for introduction of the evidence.

IT IS SO ORDERED this 26th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE